UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                      Case No. 02-cr-153-03-PB

**Norman Redler**


**NOTICE OF RULING**


    **Re:**   **Document No. 241, Motion to Continue Sentencing Hearing**


    Ruling: Motion granted. The clerk shall schedule the sentencing on any available date during the month of September. I will not consider any additional delays based on the defendant's medical condition without a waiver of the physician-patient privilege so that the probation office and the government can investigate any claims concerning the defendant's mental condition.


    Entered by: Paul Barbadoro, District Judge

    Date: August 26, 2005


cc:  Jeffrey Denner, Esq.
    Laurence Cote, Esq.
    Paul Garrity, Esq.
    Michael Iacopino, Esq.
    Mark Kaplan, Esq
    Bjorn Lange, Esq.
    Richard Monteith, Jr., Esq.
    Stanley Norkunas, Esq.
    Michael Shklar, Esq.
    David Vicinanzo, Esq.
    Donald Feith, AUSA
    Lawrence Vogelman, Esq.